```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0002--CR (RRB)
                              "USA V CLYDE J. ALLEN"
                              DEF 1.1 ALLEN, CLYDE J.

              Including terminated defendants, excluding terminated counsel


    Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed:  01/19/05
            Closed:  11/02/05
No. of Defendants:  1
   MJ Case Number:
               AKA:
   Location status:  U.S. Custody
        Trial date:
        Terminated:  YES
 Needs interpreter:  NO
 Counsel of record:  Michael D. Dieni
                    Federal Public Defender
                    550 W. 7th Avenue, Suite 1600
                    Anchorage, AK 99501
                    907-646-3400
                    FAX 907-646-3480
                    Serve: YES
                     Type: FPD
                     Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:  Frank V. Russo
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513
                    907-271-5071
                    FAX 907-271-3224
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


Counts re: DEF 1.1 ALLEN, CLYDE J.

Document            Count    Citation and Description                          Disposition
─────────           ─────    ────────────────────────                          ───────────
   1 -  1 IND         1      21:841(a)(1) and (b)(1)(A) DISTRIBUTION OF COCAINE   Sentenced
                             BASE (F)                                             (31-1)
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                          CRIMINAL DOCKET ENTRIES FOR CASE A05-0002--CR (RRB)
                                     "USA V CLYDE J. ALLEN"

                                         For all filing dates


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 01/19/05
            Closed: 11/02/05
 No. of Defendants: 1


 Document #    Filed       Docket text

      1 -  1  01/19/05   [Re: DEF 1] PLF 1 Indictment.

      2 -  1  01/19/05   [Re: DEF 1] AHB Grand Jury Minutes re: Indt secret; WOA to be iss; no
                         bail set.

   NOTE -  1  03/21/05   [Re: DEF 1] USM Notice of Arrest; defendant arrested 3/20/05.

   NOTE -  2  03/21/05   Notation: Proposed Trial Date Setting for Arr to USDJ.

      3 -  1  03/22/05   [Re: DEF 1] Return of WOA executed on 3/20/05.

      4 -  1  03/23/05   DEF 1 Attorney Appearance of M. Dieni (FPD).

      5 -  1  03/24/05   [Re: DEF 1] AHB Court Minutes [ECR: Caroline Edmiston] re: Arr on Indt
                         (held 03/22/05); def pled not guilty to Ct 1 of the indt; ptms due
                         04/05/05; response due 04/12/05; cnsl advised of trial date of 04/25/05
                         & FPTC 04/21/05; def detained; detention hrg set 03/25/05 at 3:00.  cc:
                         USA, FPD, USM, USPO, USDJ.

      6 -  1  03/24/05   [Re: DEF 1] AHB Order regarding preparation for trial (held 03/22/05);
                         cnsl to meet and confer by 03/24/05; ptms due 04/05/05; response due
                         04/12/05.

      7 -  1  03/24/05   [Re: DEF 1] AHB Order of Temporary Detention Pending Trial/Hearing (held
                         03/22/05).

      8 -  1  03/24/05   Financial Affidavit (held 03/22/05).

      9 -  1  03/24/05   [Re: DEF 1] RRB Minute Order setting trial by jury for 4/25/05 at 8:30
                         a.m. and FPTC for April 21, 2005 at 9:30 a.m. in courtroom #2.  cc:
                         AUSA, FPD, USM, USPO, jury clerk, MJ Branson

     10 -  1  03/29/05   [Re: DEF 1] AHB Court Minutes [ECR: Linda Christensen] re Det Hrg (held
                         3/25/05); det cont'd; wit/exh list att.   cc:  USA, FPD, USM, USPO

     11 -  1  04/01/05   [Re: DEF 1] PLF 1 Discovery Conference Certificate.

     12 -  1  04/05/05   DEF 1 Unopposed motion to continue trial w/att aff.

     13 -  1  04/05/05   DEF 1 Unopposed motion for two week continuance of pretrial motion
                         deadline.

     14 -  1  04/07/05   RRB Order granting unopposed motion to continue trial (12-1).  A trial
                         rescheduling conference is set for 4/21/05 at 9:30 a.m. in Courtroom #2.
                         cc: AUSA, FPD, USM, USPO, MJ Branson

     15 -  1  04/11/05   [Re: DEF 1] AHB Order granting unopposed motion for two week continuance
                         of pretrial motion deadline (13-1).  All pretrial motions shall be filed
                         by 4/19/05.  cc: AUSA, FPD
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A05-0002--CR (RRB)
                              "USA V CLYDE J. ALLEN"

                                 For all filing dates


 Document #    Filed      Docket text

    16 -  1   04/22/05   [Re: DEF 1] RRB Court Minutes [ECR: Elisa Singleton/April Karper] re
                         Trial Rescheduling Conference (held 4/21/05); fptc set for 6/15/05 at
                         11:30, tbj set for 6/20/05 at 8:30 a.m.; excludable delay found under 18
                         USC section 3161(h)(8)(B)(iv).  cc: USA, FPD, USM, USPO, jury clerk

    17 -  1   06/08/05   [Re: DEF 1] JDR Minute Order in light of retirement of MJ Branson & at
                         the direction of the Chief Judge, the MJ referral is reassigned to MJ
                         Roberts. cc: USA, FPD, Judge Beistline

    18 -  1   06/15/05   [Re: DEF 1] RRB Court Minutes [ECR: Linda Christensen] re FPTC (held
                         6/15/05); PCOP set for 7/6/05 at 10:30 am; tbj set for 6/20/05 vacated;
                         det cont.  cc:  USA, FPD, USM, USPO, JC, MJ Roberts

    19 -  1   07/05/05   {SEALED}

    20 -  1   07/06/05   {SEALED}

    21 -  1   09/30/05   DEF 1 Unopposed motion to change sentencing date on shortened time.

    22 -  1   10/04/05   [Re: DEF 1] RRB Order granting unopposed motion to change sentencing
                         date on shortened time (21-1).  IOS previously set 11/15/05 is vacate
                         and is now set for 10/27/05 at 10:00 a.m.    cc: AUSA, FPD, USM, USPO

    23 -  1   10/19/05   DEF 1 Unopposed motion on shortened time for one day extension of time
                         to file sentencing memorandum.

    24 -  1   10/19/05   [Re: DEF 1] RRB Minute Order granting unopposed motion on shortened time
                         for one day extension of time to file sentencing memoranda by 10/21/05
                         (23-1).   cc: AUSA, FPD

    25 -  1   10/21/05   [Re: DEF 1] PLF 1 Sentencing Memorandum.

    26 -  1   10/24/05   DEF 1 Unopposed motion to accept two day late filed sentencing memo
                         w/att sent memo.

    27 -  1   10/25/05   [Re: DEF 1] RRB Order granting unopposed motion to accept two day late
                         filed sentencing memo (26-1). cc AUSA, FPD

    28 -  1   10/25/05   DEF 1 Sentencing Memorandum.

    29 -  1   10/25/05   DEF 1 Notice of filing Clyde Allen's letter to court for sentencing
                         filed on shortened time w/att letter.

    30 -  1   10/27/05   [Re: DEF 1] RRB Court Minutes [ECR: April Karper] re IOS (held
                         10/27/05); sent imposed as stated in judg.

    31 -  1   11/02/05   [Re: DEF 1] RRB Judgment pleaded guilty to count(s) 1 of the Indictment
                         (1-1).  Imprisonment for a term of 120 months w/recommendations.  Def is
                         remanded to the custody of the USM.  SR for a term of 5 years w/standard
                         and special conditions.  SA $100.00.  cc: AUSA, FPD, USM, USPO, MJ
                         ROBERTS, DEF W/CNSL CY, FINANCE, FLU

    32 -  1   11/29/05   [Re: DEF 1] Partial Transcript re: IOS held 10/27/05.
```